UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>DHRUV JANI,<br><br>              Defendant. | CASE NO. MJ22-282<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

The Grand Jury in the District of Colorado has returned an indictment charging Dhruv Jani and others with Conspiracy to Commit Money Laundering; Money Laundering; and Interstate Transmission of a Threatening Communication. The indictment alleges Defendant fled to India, his home country and once he was there he instructed others in the United States to make deposits in furtherance of the money laundering offenses.

Defendant is a citizen of India. His wife and other family members live in India. He has no ties to this District and his ties to the United States seems to revolve around the state of Colorado and seem to be related to the offenses he allegedly committed. Defendant Jani reports

DETENTION ORDER - 1

he has a "wife" in Colorado but that individual is named as the person who Defendant allegedly threatened to kill in Count 7. There is no driver's licensing information regarding Defendant in this state of in Colorado, and Defendant did not provide a release address, Defendant did not contest detention.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 28th day of June, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2